STATE v. BRITT

No. 110 PC.

Case below: 8 N.C. App. 262.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 31 July 1970.

STATE v. CARROLL

No. 94 PC.

Case below: 8 N.C. App. 336.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 14 July 1970.

STATE v. DAUGHTRY

No. 89 PC.

Case below: 8 N.C. App. 318.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 14 July 1970.

STATE v. DAVIS

No. 58 PC.

Case below: 8 N.C. App. 99.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 31 July 1970.

STATE v. DRAKE

No. 88 PC.

Case below: 8 N.C. App. 214.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 14 July 1970.

STATE v. ELLIOTT

No. 129 PC.

Case below: 9 N.C. App. 1.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 28 August 1970.